## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| DONALD E. PATTERSON II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:21-cv-366-JMS-MG |
| | ) |
| AMERICAN SENIOR COMMUNITIES, | ) |
| LLC, and EAGLECARE, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The Court, having considered the parties' Joint Stipulation of Dismissal, finds that the Stipulation should be approved [36].

IT IS THEREFORE ORDERED that this action is dismissed with prejudice, the parties to bear their or its own costs, including attorneys' fees.

Date: 12/16/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

To all ECF-registered counsel of record by the Court's CM/ECF system.